IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EBONY M. WILLIAMS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:16-cv-06543-CMR |
| **NCO FINANCIAL SYSTEMS, INC.,** | § § § | |
| Defendant. | § § | |

## DEFENDANT, EXPERT GLOBAL SOLUTIONS FINANCIAL CARE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, NCO Financial Systems, Inc. k./n/a Expert Global Solutions Financial Care, Inc., through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure submits this Corporate Disclosure Statement and states as follows:

1.  Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.  Expert Global Solutions Financial Care, Inc. is wholly owned by Compass International Services Corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. All of the aforementioned corporations are ultimately wholly owned by Alorica, Inc. Heritage PE (OEP) IV, LP, which is an affiliate of JP Morgan Chase & Co., owns approximately 29% of Alorica, Inc. No other publicly held company owns 10% or more of stock in Alorica, Inc.

1

Respectfully Submitted,

/s/ Ross S. Enders
Ross S. Enders, Esq.
PA Bar No. 89840
Sessions, Fishman, Nathan & Israel
2303 Oxfordshire Road
Furlong, PA 18925
Telephone: (215) 794-7207
Facsimile: (215) 794-5079
Email: renders@sessions.legal
*Attorney for Defendant, NCO Financial Systems, Inc., n/k/a Expert Global Solutions Financial Care, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Pennsylvania and served via CM/ECF upon the following:

Ebony M. Williams – Pro Se
1740 Hudson Bridge Road, Suite 1045
Stockbridge, GA 30281
*Attorney for Plaintiff*

/s/ Ross S. Enders
Ross S. Enders