# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY M. WILLIAMS ) | Civil Action No: 2:16-cv-06543-CMR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Ebony M. Williams, by and through herself, hereby gives notice of the voluntary dismissal of this action without prejudice.

Respectfully submitted,

/s/Ebony M. Williams

Ebony M. Williams
1740 Hudson Bridge Rd, Suite 1045
Stockbridge, GA 30281
404-988-2811
ebonywilliams295@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18th, 2017, a copy of the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Pennsylvania and served via CM/ECF upon the following Defendant's Counsel listed below:

**SESSIONS, FISHMAN, NATHAN & ISRAEL**

**Ross S. Enders**

**2303 Oxfordshire Road**

**Furlong, PA 18925**

**(215) 794-7207 telephone**
**(215) 794-5079 facsimile**

**COUNSEL FOR DEFENDANT NCO FINANCIAL SYSTEMS, INC**

/s/Ebony M. Williams

Ebony M. Williams
1740 Hudson Bridge Rd, Suite 1045
Stockbridge, GA 30281
ebonywilliams295@gmail.com