# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY M. WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant. | CIVIL ACTION NO. 16-6543 |

FILED
NOV 30 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this 30th day of November 2017, all parties having consented and stipulated to dismissal of this case without prejudice, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.